UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL TIRRELL WHITE,
FDOC Inmate No. P39769,
    Plaintiff,

vs.                                 Case No.: 3:21cv480/MCR/EMT

DAVID HENRY,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). Plaintiff subsequently filed an amended complaint (ECF No. 5). On September 30, 2021, the court entered an order noting Plaintiff's claims appear to be barred by the applicable statute of limitations and directing Plaintiff to file a second amended civil rights complaint or a notice of voluntary dismissal within thirty days (ECF No. 6). The court advised that failure to comply with the order would result in a recommendation that the case be dismissed (*see id.*).

Plaintiff did not file a second amended complaint or notice of voluntary dismissal within the time allowed; therefore, on November 18, 2021, the court entered an order directing Plaintiff to show cause, within thirty days, why the case

should not be dismissed for his failure to comply with an order of the court (ECF No. 7). More than thirty days have passed, and Plaintiff has not complied.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 30th day of December 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:21cv480/MCR/EMT